IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSALIND JACOBS and GERALD JACOBS | : : : : CIVIL ACTION NO. 02-CV-3931 |
| Plaintiffs, | : : |
| v. | : : |
| BAYER CORPORATION; BAYER AG; GLAXOSMITHKLINE, PLC; GLAXOSMITHKLINE; SMITHKLINE BEECHAM | : ENTRY OF APPEARANCE : : : : : |
| Defendants. | : |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,


_____         _____
Hope S. Freiwald                                              Aline Fairweather



_____         _____
Alison T. Conn                                                Kirstin J. Miller



Dated:  August 19, 2002          DECHERT PRICE & RHOADS
                                                    4000 Bell Atlantic Tower
                                                    1717 Arch Street
                                                    Philadelphia, PA  19103-2793
                                                    (215) 994-4000