IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSALIND JACOBS and<br>GERALD JACOBS | : <br> : <br> : | CIVIL ACTION NO. 02-CV-3931 |
| Plaintiffs, | : <br> : | |
| v. | : <br> : | |
| BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM | : <br> : <br> : <br> : <br> : <br> : | ENTRY OF APPEARANCE |
| Defendants. | : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____        _____
Hope S. Freiwald                                         Aline Fairweather


_____        _____
Alison T. Conn                                             Kirstin J. Miller


Dated:  August 19, 2002            DECHERT PRICE & RHOADS
                                                     4000 Bell Atlantic Tower
                                                     1717 Arch Street
                                                     Philadelphia, PA  19103-2793
                                                     (215) 994-4000